UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

JOEL MARVIN MUNT,             Civil No. 18-17 (JRT/KMM)

              Petitioner,

v.                                **ORDER GRANTING IFP STATUS ON APPEAL**

EDIE MILES,

              Respondent.
_____

This matter is before the Court on petitioner Joel Marvin Munt's application for in forma pauperis ("IFP") status on appeal. (App., June 7, 2018, Docket No. 12.) The Court has reviewed the financial information submitted by Munt and concludes that he qualifies financially for IFP status. Moreover, although the Court declined to issue a certificate of appealability,[1] "[t]he standard for granting an application for leave to proceed *in forma pauperis* . . . is a lower standard than the standard for certificates of appealability." *Moore v. Haas*, Civil No. 13-12225, 2013 WL 5819593, at *6 (E.D. Mich. Oct. 29, 2013); *accord United States v. Youngblood*, 116 F.3d 1113, 1115 (5th Cir. 1997). Munt's appeal is not frivolous as the Supreme Court has defined that term. Accordingly, the Court will grant Munt's IFP application. Therefore, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

     1.      Petitioner Joel Marvin Munt's application to proceed *in forma pauperis* on appeal [Docket No. 12] is **GRANTED**.

---

[1] Munt has also renewed his request for a certificate of appealability. (*See* Mot. for Certificate of Appealability, June 7, 2018, Docket No. 13.) Although docketed here, the motion was appropriately addressed to the Eighth Circuit Court of Appeals and will therefore be transferred to that court.

2. Munt's Motion for a Certificate of Appealability [ECF No. 13] is **TRANSFERRED** to the Eighth Circuit Court of Appeals.

DATED: July 25, 2018  
at Minneapolis, Minnesota.    _____s/John R. Tunheim_____  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court